IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA

CRIM. NO: 1:14-CR-__35__ WLS

v.

VIOLATION

MARK KENNETH JONES,
Defendant.

18 U.S.C. § 1832(a)(1), (2) and (4)

**THE GRAND JURY**

**Introduction**

At all times relevant to this indictment:

1) Defendant Mark Jones was employed as Vice President of Products and Sales, Adhesives at Danimer Scientific, LLC.

2) Danimer Scientific, LLC was a corporation located at 1301 Colquitt Highway, Bainbridge, Decatur County, Georgia which produced bioplastic resins made from renewable biomass resources such as plant-based oils, plant starches, crop residues and tree by-products including extrusion coatings, injection molding, thermoforming, extrusion lamination, film resins, additives, hot melt adhesives and wax replacement polymers.

1

3) Daminer developed certain proprietary formulas for adhesives which were the property of the company and which were patented or pending patent protection.

4) Danimer maintained these formulas in a secure facility and required its employees to sign an "Employee Confidentiality and Invention Assignment Agreement" which outlined the company's ownership interests and the employees obligations to maintain the confidentiality of the company's proprietary formulas.

## COUNT ONE
### Theft of Trade Secrets
### 18 U.S.C. 1832(a)(1), (2) and (4)

Paragraphs 1-4 of the Introduction are incorporated into this Count by reference as if restated herein.

On or about the 23rd day of June, 2013, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**MARK KENNETH JONES,**

with the intent to convert a trade secret that is related to a product and used in and intended for use in interstate and foreign commerce, specifically a proprietary adhesive formula which has been identified by specific information to the members of the Grand Jury but which is referred to herein as Formula One property of

Danimer, Scientific, LLC to the economic benefit of a person other than the trade secret's owner, and knowing and intending that the offense will injure any owner of that trade secret, knowingly did without authorization appropriate, copy, photograph, duplicate, upload, send mail, communication and convey such information and did attempt to do so, in violation of Title 18, United States Code, Section 1832(a)(1), (2) and (4).

## COUNT TWO
### Theft of Trade Secrets
### 18 U.S.C. 1832(a)(1), (2) and (4)

Paragraphs 1-4 of the Introduction are incorporated into this Count by reference as if restated herein.

On or about the 23rd day of June, 2013, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**MARK KENNETH JONES,**

with the intent to convert a trade secret that is related to a product and used in and intended for use in interstate and foreign commerce, specifically a proprietary adhesive formula which has been identified by specific information to the members of the Grand Jury but which is referred to herein as Formula Two property of Danimer, Scientific, LLC to the economic benefit of a person other than the trade secret's owner, and knowing and intending that the offense will injure any owner of

that trade secret, knowingly did without authorization appropriate, copy, photograph, duplicate, upload, send mail, communication and convey such information and did attempt to do so, in violation of Title 18, United States Code, Section 1832(a)(1), (2) and (4).

## COUNT THREE
### Theft of Trade Secrets
### 18 U.S.C. 1832(a)(1), (2) and (4)

Paragraphs 1-4 of the Introduction are incorporated into this Count by reference as if restated herein.

On or about the 23rd day of June, 2013, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**MARK KENNETH JONES,**

with the intent to convert a trade secret that is related to a product and used in and intended for use in interstate and foreign commerce, specifically a proprietary adhesive formula which has been identified by specific information to the members of the Grand Jury but which is referred to herein as Formula Three property of Danimer, Scientific, LLC to the economic benefit of a person other than the trade secret's owner, and knowing and intending that the offense will injure any owner of that trade secret, knowingly did without authorization appropriate, copy, photograph, duplicate, upload, send mail, communication and convey such

information and did attempt to do so, in violation of Title 18, United States Code, Section 1832(a)(1), (2) and (4).

## COUNT FOUR
## Theft of Trade Secrets
## 18 U.S.C. 1832(a)(1), (2) and (4)

Paragraphs 1-4 of the Introduction are incorporated into this Count by reference as if restated herein.

On or about the 23rd day of June, 2013, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

## MARK KENNETH JONES,

with the intent to convert a trade secret that is related to a product and used in and intended for use in interstate and foreign commerce, specifically a proprietary adhesive formula which has been identified by specific information to the members of the Grand Jury but which is referred to herein as Formula Four property of Danimer, Scientific, LLC to the economic benefit of a person other than the trade secret's owner, and knowing and intending that the offense will injure any owner of that trade secret, knowingly did without authorization appropriate, copy, photograph, duplicate, upload, send mail, communication and convey such information and did attempt to do so, in violation of Title 18, United States Code, Section 1832(a)(1) (2) and (4).

## COUNT FIVE
### Theft of Trade Secrets
### 18 U.S.C. 1832(a)(1), (2) and (4)

Paragraphs 1-4 of the Introduction are incorporated into this Count by reference as if restated herein.

On or about the 23rd day of June, 2013, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**MARK KENNETH JONES,**

with the intent to convert a trade secret that is related to a product and used in and intended for use in interstate and foreign commerce, specifically a proprietary adhesive formula which has been identified by specific information to the members of the Grand Jury but which is referred to herein as Formula Five property of Danimer, Scientific, LLC to the economic benefit of a person other than the trade secret's owner, and knowing and intending that the offense will injure any owner of that trade secret, knowingly did without authorization appropriate, copy, photograph, duplicate, upload, send mail, communication and convey such information and did attempt to do so, in violation of Title 18, United States Code, Section 1832(a)(1), (2) and (4).

A TRUE BILL.

_____
S/FOREPERSON OF THE GRAND JURY

PRESENTED BY:

*Leah E. McEwen*

LEAH E. McEWEN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* ___13th___ *day of*
___August___ *A.D. 20* _14_
                         C. Lunsford
                         Dep Clerk